# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1644
Lower Tribunal No. 2020-CF-013617-B-O

_____

ARGELIO PUPO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, Public Defender, and Steven G. Mason, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED